IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER F. DESANTIS | : | 19-cv-65 |
| Plaintiff | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| HARRISBURG AREA COMMUNITY COLLEGE, JOHN MUMMERT, AND MEGAN BRIGHTBILL, | : | |
| Defendants. | : | |

## ORDER

### March 4, 2021

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Supplemental Motion for Summary Judgment Regarding Count II of the Amended Complaint, (Doc. 69), is **GRANTED**.

2. Defendants' Motion in Limine to Exclude Wage Loss Evidence, (Doc. 58), is dismissed as **MOOT**.

3. The Clerk of Court is directed to **CLOSE** the case.

s/John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
